UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WOLFF, | |
| Plaintiff, | |
| -against- | |
| MELANIA TRUMP., | |
| Defendant. | |

25 CIVIL 10752 (MKV)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated May 22, 2026, because this case presents a real dispute-one between citizens of different states-this Court has subject matter jurisdiction. The Court, however, declines to exercise that jurisdiction. Instead, based on prudential abstention, it dismisses this case to be litigated like any other.

**Dated:**   New York, New York

May 26, 2026                                    **TAMMI M. HELLWIG**

                                                        _____
                                                        **Clerk of Court**

**BY:**

                                                        _____
                                                        **Deputy Clerk**