**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MICHAEL WOLFF,

               Plaintiff,

    v.

MELANIA TRUMP,

               Defendant.

Case No. 1:25-cv-10752-MKV-SLC

**NOTICE OF APPEAL**
**OF MICHAEL WOLFF**

PLEASE TAKE NOTICE that **Plaintiff Michael Wolff** by his counsel, Miller Korzenik Rayman LLP, appeals to the *United States Court of Appeals for the Second Circuit* from the Opinion and Order of Judge Mary Kay Vyscocil ("Order") entered on May 22, 2026, Dkt. 25, which dismissed Plaintiff Wolff's action (based on abstention) and from the Judgment ("Judgment") entered on May 26, 2026, Dkt. 26, dismissing Plaintiff Wolff's action (based on abstention as set out in the Order).

Dated: June 17, 2026

               Respectfully Submitted,

               MILLER KORZENIK RAYMAN LLP

               By: *//s// David S. Korzenik*
                  David S. Korzenik
               The Paramount Building
               1501 Broadway, Suite 2015
               New York, New York 10036
               212-752-9200
               DKorzenik@mkslex.com
               *Attorneys for Plaintiff Michael Wolff*

1

CLOSED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–10752–MKV

Wolff v. Trump
Assigned to: Judge Mary Kay Vyskocil
Case in other court:  State Court – Supreme, 163900/2025
Cause: 28:1332 Diversity Action

Date Filed: 12/29/2025
Date Terminated: 05/26/2026
Jury Demand: None
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Michael Wolff**  represented by  **David S. Korzenik**
MILLER KORZENIK SOMMERS RAYMAN LLP
1501 BROADWAY, STE 2015
New York, NY 10036
212–752–9200
Fax: 212–688–3996
Email: dkorzenik@mkslex.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gillian Vernick**
Miller Korzenik Sommers Rayman LP
1501 Broadway
Ste 2015
New York, NY 10036
212–752–9200
Email: gvernick@mkslex.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Melania Trump**  represented by  **Alejandro Brito**
Brito, PLLC
2121 Ponce de Leon Boulevard
Ste 650
Coral Gables, FL 33134
305–614–4071
Fax: 305–440–4385
Email: abrito@britopllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Rosato**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212)–335–4586
Email: steven.rosato@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Caryn Gail Schechtman**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212)–896–2983
Fax: (212)–835–6001
Email: caryn.schechtman@dlapiper.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2025 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 163900/2025. (Filing Fee $ 405.00, Receipt Number ANYSDC–32191437).Document filed by Melania Trump. (Attachments: # 1 Exhibit 1 Summons and Complaint).(Schechtman, Caryn) (Entered: 12/29/2025) |
| 12/29/2025 | 2 | CIVIL COVER SHEET filed..(Schechtman, Caryn) (Entered: 12/29/2025) |
| 12/29/2025 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 12/29/2025) |
| 12/30/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Mary Kay Vyskocil. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 12/30/2025) |
| 12/30/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 12/30/2025) |
| 12/30/2025 | | Case Designated ECF. (sj) (Entered: 12/30/2025) |
| 01/05/2026 | 4 | LETTER MOTION for Conference addressed to Judge Mary Kay Vyskocil from Caryn G. Schechtman dated January 5, 2026. Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 01/05/2026) |
| 01/06/2026 | 5 | ORDER denying 4 Letter Motion for Conference. A pre–motion conference is not required prior to the filing of Defendant's anticipated Motion to Dismiss. Any subsequent briefing shall occur on the schedule contemplated by Local Rule 6.1(b). (Signed by Judge Mary Kay Vyskocil on 1/6/2026) (sgz) (Entered: 01/06/2026) |
| 01/07/2026 | 6 | LETTER addressed to Judge Mary Kay Vyskocil from David S. Korzenik dated 1/7/26 re: Defendant Michael Wolff's Pre–Motion Request for Conference and Discovery. Document filed by Michael Wolff..(Vernick, Gillian) (Entered: 01/07/2026) |
| 01/08/2026 | 7 | ORDER re: 6 Letter filed by Michael Wolff. Plaintiff may avail itself of any initiative appropriate under the governing statutes and rules, and the Court will act as a matter of course on any appropriate motion. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 1/8/2026) (sgz) (Entered: 01/08/2026) |
| 01/26/2026 | 8 | MOTION to Dismiss *or, Alternatively, to Transfer*. Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 01/26/2026) |
| 01/26/2026 | 9 | MEMORANDUM OF LAW in Support re: 8 MOTION to Dismiss *or, Alternatively, to Transfer*. . Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 01/26/2026) |
| 01/26/2026 | 10 | DECLARATION of Caryn G. Schechtman in Support re: 8 MOTION to Dismiss *or, Alternatively, to Transfer*.. Document filed by Melania Trump. (Attachments: # 1 Exhibit 1 – Affidavit of Delivery, # 2 Exhibit 2 – December 12, 2025 Letter, # 3 Exhibit 3 – Affirmation of Service).(Schechtman, Caryn) (Entered: 01/26/2026) |
| 01/26/2026 | 11 | NOTICE OF APPEARANCE by Steven Rosato on behalf of Melania Trump..(Rosato, Steven) (Entered: 01/26/2026) |
| 02/06/2026 | 12 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Alejandro Brito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32378879. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Melania Trump. (Attachments: # 1 Proposed Order |

| | | |
|---|---|---|
| | | Proposed Order, # 2 Affidavit AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE, # 3 Exhibit Supreme Court Certificate of Good Standing).(Brito, Alejandro) Modified on 2/9/2026 (bc). (Entered: 02/06/2026) |
| 02/09/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 12 MOTION for Alejandro Brito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−32378879. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): affidavit not notarized, please label your proposed order;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 02/09/2026) |
| 02/09/2026 | 13 | MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*. Document filed by Michael Wolff..(Vernick, Gillian) (Entered: 02/09/2026) |
| 02/09/2026 | 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*. . Document filed by Michael Wolff..(Vernick, Gillian) (Entered: 02/09/2026) |
| 02/09/2026 | 15 | DECLARATION of David S. Korzenik in Support re: 13 MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*.. Document filed by Michael Wolff. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Vernick, Gillian) (Entered: 02/09/2026) |
| 02/11/2026 | 16 | MOTION for Alejandro Brito to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Melania Trump. (Attachments: # 1 Affidavit Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Proposed Order Order for Admission Pro Hac Vice, # 3 Exhibit Supreme Court Certificate of Good Standing).(Brito, Alejandro) (Entered: 02/11/2026) |
| 02/11/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Alejandro Brito to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 02/11/2026) |
| 02/12/2026 | 17 | ORDER granting 16 Motion for Alejandro Brito to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 02/12/2026) |
| 02/17/2026 | 18 | REPLY MEMORANDUM OF LAW in Support re: 8 MOTION to Dismiss *or, Alternatively, to Transfer. and in Opposition to Cross−Motion to Remand 13* . Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 02/17/2026) |
| 02/20/2026 | 19 | LETTER MOTION for Leave to File Sur−Reply to Defendant's Reply Memorandum of Law in Support of Def. Motion to Dismiss *and Transmission State Court Record of Wolff Mot. to Confirm or Order Service* addressed to Judge Mary Kay Vyskocil from David S. Korzenik dated February 20, 2026. Document filed by Michael Wolff. (Attachments: # 1 Exhibit A, Record of Wolff State Court Motion to Confirm or Order Service).(Vernick, Gillian) (Entered: 02/20/2026) |
| 02/23/2026 | 20 | LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Caryn G. Schechtman dated February 23, 2026 re: 19 LETTER MOTION for Leave to File Sur−Reply to Defendant's Reply Memorandum of Law in Support of Def. Motion to Dismiss *and Transmission State Court Record of Wolff Mot. to Confirm or Order Service* addressed to Judge Mary Kay Vyskocil fro . Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 02/23/2026) |
| 02/24/2026 | 21 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 22 Memorandum) −** MEMORANDUM OF LAW in Support re: 13 MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*. . Document filed by Michael Wolff. (Attachments: # 1 Exhibit A, Brito to TDB Demand to Retract 770.01).(Vernick, Gillian) Modified on 2/25/2026 (db). As per ECF−ERROR Email Correspondence Received on 2/25/2026 @ 8:53am. (Entered: 02/24/2026) |
| 02/25/2026 | 22 | MEMORANDUM OF LAW in Support re: 13 MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*. . Document filed by Michael Wolff. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Brito to TDB Demand to Retract 770.01).(Vernick, Gillian) (Entered: 02/25/2026) |
| 02/26/2026 | 23 | LETTER addressed to Judge Mary Kay Vyskocil from Caryn G. Schechtman dated February 26, 2026 re: request to strike Plaintiff's improper reply [ECF No. 22]. Document filed by Melania Trump..(Schechtman, Caryn) (Entered: 02/26/2026) |
| 02/27/2026 | 24 | LETTER addressed to Judge Mary Kay Vyskocil from David S. Korzenik dated February 27, 2026 re: opposition to ECF 23, Trump's request to strike Wolff's Memorandum of Law in further support of his Cross Motion for Remand. Document filed by Michael Wolff..(Vernick, Gillian) (Entered: 02/27/2026) |
| 05/22/2026 | 25 | OPINION AND ORDER GRANTING MOTION TO DISMISS re: 19 LETTER MOTION for Leave to File Sur–Reply to Defendant's Reply Memorandum of Law in Support of Def. Motion to Dismiss *and Transmission State Court Record of Wolff Mot. to Confirm or Order Service* addressed to Judge Mary Kay Vyskocil fro filed by Michael Wolff, 13 MOTION to Remand *and Opposition to Defendant Trump's Motion to Dismiss*. filed by Michael Wolff, 8 MOTION to Dismiss *or, Alternatively, to Transfer*. filed by Melania Trump. Because this case presents a real dispute–one between citizens of different states–this Court has subject matter jurisdiction. The Court, however, declines to exercise that jurisdiction. Instead, based on prudential abstention, it dismisses this case to be litigated like any other. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 5/22/2026) (tg) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/22/2026) |
| 05/26/2026 | 26 | CLERK'S JUDGMENT re: 25 Memorandum & Opinion, in favor of Melania Trump against Michael Wolff. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated May 22, 2026, because this case presents a real dispute–one between citizens of different states–this Court has subject matter jurisdiction. The Court, however, declines to exercise that jurisdiction. Instead, based on prudential abstention, it dismisses this case to be litigated like any other. (Signed by Clerk of Court Tammi M Hellwig on 5/26/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 05/26/2026) |
| 06/05/2026 | 27 | LETTER MOTION for Conference addressed to Judge Mary Kay Vyskocil from Caryn G. Schechtman dated June 5, 2026. Document filed by Melania Trump. (Attachments: # 1 Exhibit A – February 6, 2026 Letter).(Schechtman, Caryn) (Entered: 06/05/2026) |
| 06/10/2026 | 28 | REPLY MEMORANDUM OF LAW in Opposition re: 27 LETTER MOTION for Conference addressed to Judge Mary Kay Vyskocil from Caryn G. Schechtman dated June 5, 2026. *Letter to Judge Mary Kay Vyskocil*. Document filed by Michael Wolff..(Korzenik, David) (Entered: 06/10/2026) |
| 06/16/2026 | 29 | ORDER granting 27 Letter Motion for Conference.Counsel for the Parties are directed to appear for a pre–motion conference on July 1, 2026, at 10:00 a.m. Pre–Motion Conference set for 7/1/2026 at 10:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 6/16/2026) (tro) (Entered: 06/16/2026) |
| 06/17/2026 | 30 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –** NOTICE OF APPEAL from 26 Clerk's Judgment,, 25 Memorandum & Opinion,,,. Document filed by Michael Wolff. Filing fee $ 605.00, receipt number ANYSDC–33013300. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Korzenik, David) Modified on 6/18/2026 (km). (Entered: 06/17/2026) |
| 06/18/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney David Korzenik to RE–FILE Document No. 30 Notice of Appeal. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the appeal. Attorney filing is not an attorney listed on the docket. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. Do not pay the filing fee again. (km)** (Entered: 06/18/2026) |
| 06/18/2026 | 31 | NOTICE OF APPEARANCE by David S. Korzenik on behalf of Michael Wolff..(Korzenik, David) (Entered: 06/18/2026) |

| 06/18/2026 | 32 | NOTICE OF APPEAL from 26 Clerk's Judgment,, 25 Memorandum & Opinion,,,. Document filed by Michael Wolff. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Korzenik, David) Modified on 6/18/2026 (km). (Entered: 06/18/2026) |
| --- | --- | --- |
| 06/18/2026 |  | USCA Appeal Fees received $605.00 receipt number ANYSDC–33013300 on 6/17/2026 re: 32 Notice of Appeal filed by Michael Wolff.(km) (Entered: 06/18/2026) |
| 06/18/2026 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 32 Notice of Appeal.(km) (Entered: 06/18/2026) |
| 06/18/2026 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 32 Notice of Appeal filed by Michael Wolff were transmitted to the U.S. Court of Appeals. (km) (Entered: 06/18/2026) |