# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY. SUITE 2015 • NEW YORK. NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

July 13, 2026

**By ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Michael Wolff v. Melania Trump / Case* No. **26-1674**

Dear Ms. O'Hagan Wolfe:

      Pursuant to Local Rule 31.2(a)(1)(A), we write on behalf of *Michael Wolff* ("Appellant") to respectfully request that the deadline for Appellant's opening brief be set for **October 1, 2026,** which is 91 days after the ready date.

                    Respectfully submitted,

                    Miller Korzenik Rayman LLP

                    By: */s/ David S. Korzenik*
                        David S. Korzenik

                    *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on July 13, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 13, 2026

*/s/ David S. Korzenik*
David S. Korzenik